UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MOHAMED SALEM #A047-144-732     CIVIL ACTION NO. 1:26-CV-00046
SEC P

VERSUS     JUDGE JERRY EDWARDS, JR.

CHIEF COUNSEL U S D H S - I C E     MAGISTRATE JUDGE DAVID J. AYO
ET AL

## **JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Mohamed Salem's petition is **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

ALEXANDRIA, LOUISIANA, this 26th day of May, 2026.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE